B6B (Official Form 6B) (12/07)

| In re | **Linda G. Johnson** | | Case No. | **13-10635** |
|---|---|---|---|---|
| | | Debtor(s) | | |

# FIRST AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."   If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.   If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not include interests in executory contracts and unexpired leases on this schedule.   List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."   If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.   See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | **cash** | - | **$1,019.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account: Suntrust #100005555XXX** | - | **$161.97** |
| | | **Savings Account: United Police Federal Credit Union** | - | **$2,498.90** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **none** | - | **$0.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Living Room: television (2-year-old 46" flat screen), television stand, sofa, loveseat, coffee table, 2 end tables, 2 throw rugs (runner and 5' x 7')** | - | **$200.00** |
| | | **Kitchen: pots/pans, plates/utensils, microwave** | - | **$25.00** |
| | | **Bedroom 1: bunk beds, dresser** | - | **$50.00** |
| | | **Bedroom: king size mattress & headboard, dresser** | - | **$60.00** |
| | | **Bedroom 3: bunk beds, dresser** | - | **$50.00** |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, family photos** | - | **$5.00** |
| 6. Wearing apparel. | | **clothing** | - | **$20.00** |
| 7. Furs and jewelry. | | **costume jewelry** | - | **$15.00** |

B 6B (Official Form 6B) (12/07) - Cont.

In re **Linda G. Johnson**           Case No. **13-10635**
        **Debtor**                                       **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | none | | - | $0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | none | | - | $0.00 |
| 10. Annuities. Itemize and name each issuer. | none | | - | $0.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | none | | - | $0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **School Board of Miami - Dade County, FL retirement plan** | - | Unknown |
| | | **City of Miami Beach retirement plan** | - | Unknown |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | none | | - | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | none | | - | $0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | none | | - | $0.00 |
| 16. Accounts receivable. | none | | - | $0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | none | | - | $0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | none | | - | $0.00 |

B 6B (Official Form 6B) (12/07) - Cont.

In re **Linda G. Johnson**           Case No. **13-10635**
               Debtor                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | none | | - | $0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **1/8 interest in deceased mother's home: 300 Poplar Street, Vienna, GA** | - | Unknown |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | none | | - | $0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | none | | - | $0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | none | | - | $0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | none | | - | $0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | none | | - | $0.00 |
| 26. Boats, motors, and accessories. | none | | - | $0.00 |
| 27. Aircraft and accessories. | none | | - | $0.00 |
| 28. Office equipment, furnishings, and supplies. | none | | - | $0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | none | | - | $0.00 |
| 30. Inventory. | none | | - | $0.00 |
| 31. Animals. | none | | - | $0.00 |

B 6B (Official Form 6B) (12/07) - Cont.

| In re | Linda G. Johnson | | Case No. | 13-10635 |
|---|---|---|---|---|
| | **Debtor** | | | **(If known)** |

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With- Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | none | | - | $0.00 |
| 33. Farming equipment and implements. | none | | - | $0.00 |
| 34. Farm supplies, chemicals, and feed. | none | | - | $0.00 |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total > | $4,104.87 |

(Report also on Summary of Schedules)